Lisa Breslaw
7089 Aliante Pkwy. Apt.# 2054
N. Las Vegas, NV 89084
702-488-6989
lisa.breslaw@alumni.unlv.edu
Plaintiff, In Proper Person



## IN THE UNITED STATES DISTRICT COURT OF NEVADA

Case No.  2:25-cv-00384-APG-DJA

Lisa Breslaw, Plaintiff                    Jury Trial   No

v.

Peter Cooper, Defendant

Lisa Breslaw
7089 Aliante Pkwy. Apt.# 2054
N. Las Vegas, NV 89084
702-488-6989
lisa.breslaw@alumni.unlv.edu
Plaintiff, In Proper Person

## IN THE UNITED STATES DISTRICT COURT OF NEVADA

Case No.  2:25-cv-00384-APG-DJA

Lisa Breslaw, Plaintiff                    Jury Trial   No

## MOTION TO SERVE DEFENDANT THROUGH HIS FORMER ATTORNEY IN LAS VEGAS

**Facts:**

Defendant Peter Cooper, is a person that I only know through his harassment of me on Reddit. Although I have been able to track him down and locate him, he seems to move fairly frequently. The address I gave for him was the address I found on his voter registration, but he has now graduated from the University of Colorado Boulder with his master's degree, and I'm unsure if he's even still in Colorado. His photo is not under the PhD students at the UC Boulder.

I initially had to hire multiple private investigators to find him, and I can no longer afford those costs. However, in the state court cases, he has consistently been represented by Sagar Raich and Brian Schneider of Raich law, and they will likely represent him in this federal case as well.

Thus, while I likely won't be able to find his current address, and he knows that I am trying to sue him and tries to avoid being found/served, serving him through his Las Vegas attorneys is both a sure and efficient means of service. Thus, I ask the court, if my in forma pauperis motion is granted, to serve him at

Raich Law
2280 E Pama Ln, Las Vegas, NV 89119
Las Vegas, NV 89119

Their phone number is 702-758-4240

**Argument**

FRCP 4(e)(1) state that:  Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:
   (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made;


   Again, given the practical obstacle of finding and serving this defendant, FRCP 4(e)(1) supports serving him through his Las Vegas attorney. I ask

that this court, if my IFP form is granted, serve him through the above-listed address for the office of Raich Law.

The notice I received through electronic service states, "If you are attempting to proceed in forma pauperis, the Court will review your complaint before docketing and serving the complaint on the defendants."

**CONCLUSION**

For the aforementioned reasons, I ask this motion to be granted.

Dated this 24th of June, 2025

/s/Lisa Breslaw

Lisa Breslaw
7089 Aliante Pkwy. Apt.# 2054
N. Las Vegas, NV 89084
702-488-6989
lisa.breslaw@alumni.unlv.edu
Plaintiff, In Proper Person